IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 09-0332-WS-B |
| | ) | |
| LYNN CHRISTIE MILLER, etc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Court's order of May 28, 2010, the plaintiff shall have and recover from the defendant Lynn Christie Miller, a/k/a Carrie Lynn Christie Miller, the sum of $220,603.40, plus interest and other statutory additions accruing from and after November 30, 2009, as provided by law pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601 and 6602. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of plaintiff United States of America and against defendant Lynn Christie Miller, a/k/a Carrie Lynn Christie Miller.

DONE this 28th day of May, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE